UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>            Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT, in his official capacity as Secretary of the U.S. Department of the Interior, *et al.*,<br><br>            Defendants. | Case No. 18-cv-02857-BAH |

**STIPULATED DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulation of dismissal ("Stipulation") is entered into by and between the Center for Biological Diversity, Humane Society of the United States, Humane Society International, and Natural Resources Defense Council ("Plaintiffs") and Secretary of Interior David Bernhardt and the U.S. Fish and Wildlife Service ("Defendants") who, by and through their undersigned counsel, state as follows:

WHEREAS on April 19, 2017 Plaintiffs submitted a petition to Defendants seeking the listing of giraffes (*Giraffa camelopardalis*) under the Endangered Species Act, 16 U.S.C. §§ 1531-1540.

WHEREAS on September 18, 2018, Plaintiffs provided Defendants with written notice of their intent to file this lawsuit pursuant to the citizen suit provision of the ESA, 16 U.S.C. § 1540(g)(2)(C), because Defendants failed to make a finding on the giraffe petition within 90 days of receiving Plaintiffs' petition "as to whether the petition presents substantial scientific or commercial information indicating that the petitioned action may be warranted," 16 U.S.C. § 1533(b)(3)(A) ("90-day finding").

1

WHEREAS on November 13, 2018, Defendants responded to Plaintiffs' notice letter with a written letter that did not include a date on which Defendants would make the 90-day finding, but stated that: "We have been unable to publish the 90-day finding on your petition to list the giraffe due to competing workload and higher-priority actions. However, we are applying our best efforts to submit a 90-day finding on the petition to the Federal Register."

WHEREAS on December 6, 2018, Plaintiffs filed this lawsuit against Defendants seeking a 90-day finding on their petition to list giraffes under the Endangered Species Act.

WHEREAS on April 19, 2019, Defendants filed an Answer to Plaintiffs' Complaint.

WHEREAS on April 26, 2019, Defendants made a positive 90-day finding on Plaintiffs' petition to list giraffes under the Endangered Species Act. 84 Fed. Reg. 17,768 (April 26, 2019).

NOW, THEREFORE, the parties hereby stipulate and agree as follows:

1. To the stipulated dismissal with prejudice of this action challenging Defendants' failure to make a 90-day finding on the giraffe listing petition within 90-days. This stipulation does not in any way bar Plaintiffs from challenging any other missed deadlines or bringing any other future claims relating to the giraffe listing petition or agency actions stemming therefrom.

2. By this Stipulation, Plaintiffs preserve the right to seek attorneys' fees and costs and Defendants do not waive any right to contest fees and costs claimed by Plaintiffs or Plaintiffs' counsel.

3. The undersigned representatives of each party certify that they are fully authorized by the party or parties they represent to agree to the terms and conditions of this Stipulation.

Dated: May 16, 2019

/s/ Tanya M. Sanerib
Tanya M. Sanerib (D.C. Bar No. 473506)
Telephone (206) 379.7363
tsanerib@biologicaldiversity.org
Center for Biological Diversity
2400 NW 80th Street, #146
Seattle, WA 98117
*For Center for Biological Diversity*

/s/ Anna Frostic
Anna Frostic (D.C. Bar No. 977732)
Telephone: (202) 676-2333
afrostic@humanesociety.org
The Humane Society of the United States
1255 23rd Street NW, Suite 450
Washington, D.C. 20037
*For Humane Society of the United States
and Humane Society International*

/s/ Stephen Smith
Stephen Zak Smith*
Telephone: (310) 434-2334
zsmith@nrdc.org
Natural Resources Defense Council
1314 2nd Street
Santa Monica, CA 90401
* Admitted Pro Hac Vice
*For Natural Resources Defense Council*

*For Federal Defendants*:

JEAN E. WILLIAMS
Deputy Assistant Attorney General
SETH M. BARSKY
Section Chief
MEREDITH L. FLAX
Assistant Section Chief

/s/ H. Hubert Yang
H. HUBERT YANG
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0209
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov

Of Counsel:

RUSSELL HUSEN
Attorney-Advisor
Department of the Interior
Office of the Solicitor
Washington, D.C.